```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN COLE                    :    CIVIL ACTION
                             :
        v.                   :
                             :
TABB BICKELL, et al.         :    NO. 13-5445
```

ORDER

AND NOW, this 25th day of February, 2015, upon careful and independent consideration of the petition for writ of habeas corpus, the response, thereto, the state court records, and after review of the Report and Recommendation of Magistrate Judge David R. Strawbridge, and the petitioner's objections to said Report and Recommendation ("R&R"), IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for writ of habeas corpus is DISMISSED WITH PREJUDICE;

3. The objections are OVERRULED;

4. The petitioner's request for an evidentiary hearing is DENIED;

5. Petitioner's request for leave of Court to file an additional memorandum of law is DENIED;

6. A certificate of appealability shall not issue. The petitioner has not made a substantial showing of the denial of a constitutional right nor

     demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and,

7. The Clerk of Court shall mark this case CLOSED for statistical purposes.

               BY THE COURT:

               /s/ Mary A. McLaughlin_____
               MARY A. McLAUGHLIN, J.